

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00796-CV

TODD PENCARINHA, STEVEN MARSHALL, AND ALTIRAS INDUSTRIAL SERVICES, LLC, Appellants

V.

EMERGENT INDUSTRIAL SOLUTIONS, LP, Appellee

Appeal from the 334th District Court of Harris County.  (Tr. Ct. No. 2011-10780).

Appellants and appellee have filed an "Agreed Joint Motion to Dismiss Appeal." After due consideration, the Court **grants** the motion to dismiss the appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs shall be taxed against the party incurring same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 31, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.